## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI BAZINETT, individually and on behalf of all others similarly situated, | Case No. 1:23-cv-00790-GLS-ML |
| Plaintiff, | |
| v. | |
| PREGIS LLC, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this Notice of Supplemental Authority to bring to the Court's attention two recent decisions relevant to this matter captioned *Ramos v. Apple Inc.*, 2023 WL 5803739 (S.D.N.Y. Sept. 7, 2023) and *Birthwright v. Advance Stores Company, Inc. d/b/a Advance Auto Parts*, 2023 WL 5718633 (E.D.N.Y. Sept. 5, 2023). Both *Ramos* and *Birthwright* are relevant because they rejected the defendants' arguments that violations of NYLL § 191 do not provide a private right of action, and that *Vega* was wrongly decided. Further, *Ramos* rejected Defendant's claim that liquidated damages may not be recovered for violations of NYLL § 191, "declin[ing] to limit Plaintiff's damages to lost interest."

Dated: September 11, 2023

                                                          Respectfully submitted,

                                                          By:   /s/ Yitzchak Kopel
                                                                    Yitzchak Kopel

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiff*
