UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI BAZINETT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PREGIS LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:23-cv-00790-GLS-ML |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a recent decision relevant to this matter captioned *Davis v. Banana Republic LLC,* 2023 WL 5969597 (E.D.N.Y. Sept. 14, 2023). *Davis* is relevant because it rejected the same arguments for dismissal that Defendant makes here.

Plaintiff respectfully submits this decision further supports denial of Defendant's pending motion to dismiss.

Dated: September 18, 2023

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: 　*/s/ Yitzchak Kopel*
　　　　　　　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel

　　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel
　　　　　　　　　　　　　　　　　　　　　　1330 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 989-9113
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 989-9163
　　　　　　　　　　　　　　　　　　　　　　Email: ykopel@bursor.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*