## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

LORI BAZINETT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PREGIS LLC,

Defendant.

Case No. 1:23-cv-00790-GLS-ML

## <u>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiff respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a recent decision relevant to this matter captioned *Shugars v. Masonite Corporation et al.,* 2023 WL 7280902 (N.D.N.Y. Nov. 3, 2023) (Hon. Mae A. D'Agostino). This decision is relevant because it rejects the same arguments for dismissal that Defendant makes here.

Plaintiff respectfully submits this decision in further support of denial of Defendant's pending motion to dismiss.

Dated:  November 6, 2023

Respectfully submitted,

By:      */s/ Yitzchak Kopel*
          Yitzchak Kopel

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
1330 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
Email:  ykopel@bursor.com

*Attorneys for Plaintiff*