UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI BAZINETT, *on behalf of herself and all others similarly situated*,<br><br>                     Plaintiff,<br><br>    v.<br><br>PREGIS LLC,<br><br>                     Defendant. | Case No. 1:23-cv-790-MAD-ML<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff Lori Bazinett and Defendant Pregis LLC hereby stipulate and agree to the dismissal of this action without prejudice. Each party shall bear their own costs.

Dated: April 17, 2025

Respectfully submitted,

By: _____
       Yitzchak Kopel

IT IS SO ORDERED:
_____
Mae A. D'Agostino
U.S. District Judge

Dated: April 21, 2025
       Albany, NY

**BURSOR & FISHER, P.A**
Yitzchak Kopel
Alec M. Leslie
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
       aleslie@bursor.com

*Counsel for Plaintiff Lori Bazinett*

Dated: April 15, 2025

By: _____
       Robert M. Tucker

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Robert M. Tucker
599 Lexington Avenue, 17th Floor
New York, NY 10022

1

212.492.2500
Robert.Tucker@ogletree.com

*Counsel for Defendant Pregis LLC*